JEFFREY S. DUBIN, P.C.  
464 NEW YORK AVENUE  
SUITE 100  
HUNTINGTON, NEW YORK 11743  

Jeffrey S. Dubin  
———————  
Amy E. Strang  

TELEPHONE  
(631) 351-0300  
TELECOPIER  
(631) 351-1900  
INTERNET  
DubinJS@cs.com  

March 18, 2020

Hon. Paul A. Engelmayer  
United States Courthouse  
40 Foley Square  
New York, NY 10007  

Re:   Trustees of the Local 272 Funds v. Battery 17 Parking LLC  
      Civil Action No.: 20 CV 1722 (PAE)  

Dear Judge Engelmayer:

I am one of the attorneys for the plaintiffs, ERISA Trustees, in this action.

We have recently been informed that defendant, Battery 17 Parking LLC, filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code on or about February 18, 2020. Attached please find the Voluntary Petition. Due to the bankruptcy filing, the above action is stayed.

Very truly yours,

/s/ Amy E. Strang

cc: Battery 17 Parking (via mail)

3/20/2020

Granted. This action is stayed indefinitely, pending proceedings in bankruptcy court. The Court directs plaintiffs to serve defendant with this Order electronically and by mail forthwith, and to file an affidavit of service on the docket of this case. The Court directs the parties to file a joint status letter regarding the bankruptcy court proceedings in 30 days, and every 60 days thereafter. Additionally, the Court directs the parties to file a letter within 14 days of the completion of defendant's bankruptcy proceedings.

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge