UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                      :

FRED ALSTON AS TRUSTEE OF THE LOCAL 272    :
LABOR MANAGEMENT PENSION and FRED      :
ALSTON AS A TRUSTEE OF THE LOCAL 272     :
WELFARE FUND,                               :
                                      :

                       Plaintiffs,       :
                                      :            20 Civ. 1722 (PAE)

           -v-                             :                  ORDER
                                      :
BATTERY 17 PARKING LLC,                :
                                      :

                       Defendant.       :
                                      :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

On March 20, 2020, the Court stayed this case because of pending proceedings in

bankruptcy court. The Court also directed the parties to file a status letter every 60 days. Dkt. 6.

The Court last received such a status update on November 2, 2020. Dkt. 11. The Court

directs the parties to submit a joint status letter by October 19, 2021, advising as to the status of

this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 12, 2021
       New York, New York